UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60662-CIV-DAMIAN

PHARMACY CORPORATION
OF AMERICA d/b/a PHARMERICA,

    Plaintiff,
v.

ROYAL MERIDIAN MANAGEMENT
COMPANY, LLC, *et al.*,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** having come before the Court for consideration of Plaintiff's Motion for Default Judgment [ECF No. 26] and said Motion having been granted as to Plaintiff's claims in the Complaint by separate order [ECF No. 27], it is hereby

**ORDERED AND ADJUDGED** that, pursuant to Federal Rule of Civil Procedure 58, final judgment is entered in favor of Plaintiff, Pharmacy Corporation of America d/b/a PharMerica ("Plaintiff"), and against Defendants as follows:

A. Royal Meridian Management Company, LLC, shall pay Plaintiff $389,974.23 for breach of contract damages incurred related to Count I of Plaintiff's Complaint comprised of $313,556.47 in principal and $76,417.76 in pre-judgment interest through February 20, 2025, with prejudgment interest continuing to accrue at the rate of $155.94 per day until entry of this Judgment;

B. Riverfront Acquisition I, LLC d/b/a Bay Vue Nursing and Rehabilitation Center d/b/a Residence at Bay Vue shall pay Plaintiff $161,160.88 for unjust enrichment

    damages incurred related to Count II of Plaintiff's Complaint comprised of $132,456.93 in principal and $28,703.95 in pre-judgment interest through February 20, 2025, with prejudgment interest continuing to accrue at the rate of $65.32 per day until entry of this Judgment;

C. Watercrest Acquisition I LLC d/b/a Krystal Bay Nursing and Rehabilitation shall pay Plaintiff $72,045.14 for unjust enrichment damages incurred related to Count II of Plaintiff's Complaint comprised of $55,571.49 in principal and $16,473.65 in pre-judgment interest through February 20, 2025, with prejudgment interest continuing to accrue at the rate of $28.66 per day until entry of this Judgment;

D. Martin Acquisition I LLC d/b/a Martin Nursing and Rehabilitation shall pay Plaintiff $156,768.22 for unjust enrichment damages incurred related to Count II of Plaintiff's Complaint comprised of $125,528.05 in principal and $31,240.17 in pre-judgment interest through February 20, 2025, with prejudgment interest continuing to accrue at the rate of $61.96 per day until entry of this Judgment; and

E. Defendants shall further be jointly and severally liable to pay Plaintiff $26,214.00 in attorneys' fees and $1,527.47 in taxable costs.

Defendants shall further be responsible for post-judgment interest in accordance with 28 U.S.C. § 1961.

**FOR ALL OF WHICH SUMS LET EXECUTION ISSUE**.

Jurisdiction over the subject matter and the parties hereto is reserved for the purpose of entering such further Orders and Judgments as may be necessary and proper, including but not limited to such Orders and Judgments as may relate to Plaintiff's enforcement/collection efforts.

This is a final and appealable order, and there is no just cause for delay in its entry.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 24th day of February, 2025.

                                              **MELISSA DAMIAN**
                                              **UNITED STATES DISTRICT JUDGE**

cc:   Counsel of record